**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| GARY RICHARDSON,<br><br>Plaintiff,<br><br>v.<br><br>TENNESSEE MENTAL HEALTH CONSUMERS' ASSOCIATION, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:17-02321-SHL-cgc |

**ORDER GRANTING JOINT MOTION TO APPROVE
FLSA COLLECTIVE ACTION SETTLEMENT**

Before the Court is the Parties' Joint Motion for Approval of FLSA Collective Action Settlement and Authorization for Parties to Effectuate Settlement, filed on January 8, 2018. Having reviewed the Joint Motion and attached Settlement Agreement, and being otherwise sufficiently advised;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

1. The Joint Motion for Settlement Approval is **GRANTED**;
2. The Court finds that the Settlement Agreement (ECF No. 20-1), which includes waiver of Fair Labor Standards Act claims as raised in this lawsuit (id. at ¶ 3; ECF No. 20 at 1–2) and is submitted as an attachment to Parties' Joint Motion, is fair and reasonable to resolve a bona fide dispute, and it is hereby **APPROVED**;
3. The Parties are directed to enter a stipulation of dismissal with prejudice by **January 16, 2018**.

**IT IS SO ORDERED,** this 10th day of January, 2018.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE