# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

___

| | |
|---|---|
| GARY RICHARDSON, individually on behalf of himself and all others similarly situated, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 2:17-cv-02321-SHL-cgc |
| TENNESSEE MENTAL HEALTH CONSUMERS' ASSOCIATION, INC., ) ) ) | |
| Defendant. ) | |

___

**JUDGMENT**
___

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed May 10, 2017,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Approving Settlement (ECF No. 22), filed January 10, 2018 and the Joint Stipulation of Dismissal with Prejudice (ECF No. 23), filed January 24, 2018, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims by Plaintiff against Defendant are hereby **DISMISSED WITH PREJUDICE.**

APPROVED:


s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

January 24, 2018
Date